PER CURIAM.
Affirmed. See Ey v. State, 982 So.2d 618 (Fla.2008); Dominguez v. State, 98 So.3d 198 (Fla. 2d DCA 2012); Hughes v. State, 22 So.3d 132 (Fla. 2d DCA 2009); Sweet v. State, 987 So.2d 747 (Fla. 2d DCA 2008); Lyell v. State, 872 So.2d 447 (Fla. 2d DCA 2004); Anderson v. State, 862 So.2d 924 (Fla. 2d DCA 2003); Brown v. State, 827 So.2d 1054 (Fla. 2d DCA 2002); Graddy v. State, 685 So.2d 1313 (Fla. 2d DCA 1996); Haynes v. State, 106 So.3d 481 (Fla. 5th DCA 2013); Paul v. State, 830 So.2d 953 (Fla. 5th DCA 2002); Lewis v. State, 625 So.2d 102 (Fla. 1st DCA 1993).
LaROSE, SLEET, and LUCAS, JJ., Concur.